John C. Karnatz, Appellant, v. Henry A. Karnatz, et al., Defendants. Sam Tavalin, Appellee.

Gen. No. 44,671.

opinion filed May 18, 1949; rehearing denied June 13, 1949; released for publication June 17, 1949. Miller, Curtis & Friedman, for appellant; Leon N. Miller, Ode L. Rankin, and Louis David Friedman, of counsel; Brown, Dashow & Ziedman, for appellee; Albert Langeluttig, of counsel. Opinion by Presiding Justice Burke. **Not to be published in full.**